PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**
Nov 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JACK SCONIERS,<br><br>            Defendant. | CASE NO.  1:21-CR-00267-NONE-SKO<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

The Grand Jury charges: T H A T

JACK SCONIERS,

defendant herein, on or about July 28, 2021, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, that is, a 2019 conviction for Kidnapping, in violation of California Penal Code section 207, did knowingly possess a firearm, specifically, a .40 caliber Glock 22, with serial number LGR992, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

///

///

///

FORFEITURE ALLEGATION: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant Jack Sconiers shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

By: **KIRK E. SHERRIFF**
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Office

INDICTMENT

2