HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JACK ZACHARY SCONIERS IV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00267-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE AND MOTION HEARING DATE; ORDER** |
| vs. | |
| JACK ZACHARY SCONIERS IV, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Jack Zachary Sconiers IV, that the Court may set a briefing schedule and set a hearing date for a motion to suppress.

The parties agree and request the Court find the following:

1. The Indictment charges Mr. Sconiers with a violation 18 U.S.C. § 922(g) – Felon in possession of a firearm. If convicted, Mr. Sconiers faces up to 10 years in prison.

2. There is currently no trial set in this matter.

3. Counsel in this matter are requesting a briefing schedule be set.

4. In order for the parties to have sufficient time and opportunity to file and brief the issue, and in order for the Court to have sufficient time to review, consider, and hear argument

with respect to the defense motion, the parties are requesting that a briefing schedule be set on the motion.

5. Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Defense motion to be filed on or before June 24, 2022
- Government opposition to be filed on or before July 29, 2022
- Any defense reply to be filed on or before August 12, 2022
- Motion hearing to be set on August 19, 2022, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

6. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases:

a. Counsel for both defendants require additional time to review discovery, consult with their clients, conduct necessary investigation, and draft the motion to suppress. Counsel for both defendants believe that failure to grant a continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

b. The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 22, 2022          */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JACK SCONIERS


PHILLIP A. TALBERT
United States Attorney

Date: June 22, 2022          */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** A briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before June 24, 2022. The government opposition is to be filed on or before July 29, 2022. Any defense reply is to be filed on or before August 12, 2022. For the reasons set forth in the parties' stipulation, the time period of June 29, 2022, to August 19, 2022, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. A hearing on the motion is hereby set for August 19, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Court Judge.

Date: 6/22/2022          *Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28