HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JACK ZACHARY SCONIERS IV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK ZACHARY SCONIERS IV,<br><br>Defendant. | Case No. 1:21-cr-00267-JLT-SKO<br><br>**STIPULATION TO RESET SENTENCING HEARING AND RESET BRIEFING SCHEDULE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Jack Zachary Sconiers IV, that the Court may set a sentencing schedule and reset the sentencing hearing date.

The parties agree and request the Court find the following:

1.  On February 27, 2023, Mr. Sconiers entered a guilty plea to a violation 18 U.S.C. § 922(g) – Felon in possession of a firearm.

2.  Sentencing was initially set for June 20, 2023. However, at the request Probation, sentencing was reset to September 11, 2023. *See* ECF Dckt. # 38. A sentencing schedule was set setting forth the timelines for the sentencing filings in this matter.

//

1      3.    A draft PSR was uploaded to PACER on August 10, 2023. For reasons unclear, defense counsel did not receive an ECF notification. Probation disclosed the presentence report to defense counsel on August 21, 2023.

4      4.    In order for the parties to have sufficient time and opportunity to file informal objections, formal objections and sentencing memorandum, and in order for the Court to have sufficient time to review, consider, and hear arguments related to those filings, the parties are requesting that the Court adopt the following sentencing schedule.

8      5.    Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Sentencing and Judgement: November 6, 2023.
- Reply or Statement of Non-Opposition: October 30, 2023.
- Formal Objections the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 23, 2023.
- The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 16, 2023.
- Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: October 10, 2023.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 21, 2023          /s/ Griffin Estes
                               GRIFFIN ESTES
                               Assistant Federal Defender
                               Attorney for Defendant
                               JACK SCONIERS


                               PHILLIP A. TALBERT
                               United States Attorney

Date: August 21, 2023          /s/ Stephanie M. Stokman
                               STEPHANIE M. STOKMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** A sentencing schedule is hereby set in accordance with the above. The sentencing schedule for this matter is hereby set forth as follows.

- Sentencing and Judgement: November 6, 2023.
- Reply or Statement of Non-Opposition: October 30, 2023.
- Formal Objections the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 23, 2023.
- The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 16, 2023.
- Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: October 9, 2023.

IT IS SO ORDERED.

   Dated:   **August 22, 2023**                    /s/ Jennifer L. Thurston
                                                   UNITED STATES DISTRICT JUDGE

Sconiers – Stipulation to Set Schedule and Hearing Date         -3-