CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone: (559) 779-2315
Facsimile: (559) 442-1567

Attorney for Defendant
Jack Zachary Sconiers

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jack Zachary Sconiers<br>Defendant. | Court Case#: 1:21-cr-00267-JLT-SKO<br>**MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |

On 5/27/26, petition for violation of supervised release was filed against Defendant Jack Zachary Sconiers. CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Jack Zachary Sconiers on 6/1/26 on the violation of supervised release. Mr.Sconiers was sentenced following admission to the violation of supervised release on 8/3/26. No appeal was filed and the date to file an appeal has passed. Mr.Sconiers was in custody at sentencing. The trial phase of Mr.Sconiers's criminal case has, therefore, come to an end. Having completed his representation of Mr.Sconiers, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr.Sconiers require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by

mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 20, 2026

CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Jack Zachary Sconiers

**ORDER**

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jack Zachary Sconiers's status and contact information.

Jack Zachary Sconiers
PO Box 872
Fresno, CA 93712

IT IS SO ORDERED.

Dated: August 20, 2026

UNITED STATES DISTRICT JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567